IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW LA BREC,

    Plaintiff,

v.                                          Case No. 18-CV-1047

LUCAS WEBER, et al.,

    Defendants.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The parties stipulate that this action may be dismissed on the merits, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No costs are awarded to any party.

The parties also stipulate that an order for dismissal may be entered without further notice or hearing.

Respectfully submitted this 26th day of September, 2019.

FOR THE PLAINTIFF:

Dated: 9/19/2019  By: _____
Matthew La Brec
*Pro se* Plaintiff

FOR THE DEFENDANTS:

Dated: 9/25/19  By: _____
Rachel L. Bachhuber
Bar No. 1052533
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707-7857
(608) 266-0188
(608) 267-8906 (Fax)
bachhuberrl@doj.state.wi.us
*Attorney for Defendants*